No. 928. F. MORSE ARCHER, SUBSTITUTED RECEIVER, ETC., PETITIONER, *v.* FIDELITY TRUST & SAFE DEPOSIT

COMPANY ET AL., EXECUTORS, ETC.   May 31, 1910.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. Reynolds D. Brown, Mr. Malcolm Lloyd, Jr., Mr. Charles H. Burr* and *Mr. J. Arthur Lynham* for the petitioner. *Mr. Ira Jewell Williams* for the respondents.

---

